Shalom D. Stone
Rebekah R. Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
sstone@stoneconroy.com
rconroy@stoneconroy.com

Bryan J. Vogel
ROBINS KAPLAN LLP
1325 Ave. of the Americas, Ste. 2601
New York, NY 10019
T: 212.980.7400
F: 212.980.7499
BVogel@RobinsKaplan.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE ADAMS, *on Behalf of Herself and All Other Persons Similarly Situated*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBINS KAPLAN, LLP and TARA SUTTON, Esq., <br><br> Defendants. | Civil Action No. 1:26-cv-00100 <br><br> **DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)(2)** |

Defendants Robins Kaplan LLP[1] and Tara Sutton, Esq. (collectively, "Defendants") state as follows:

1.　　　Defendant Robins Kaplan LLP is a limited liability partnership organized under the laws of the state of Minnesota, with its principal place of business in Minnesota.[2]

2.　　　Defendant Tara Sutton, Esq. is a citizen of Minnesota.

3.　　　Fed. R. Civ. P. 7.1(a)(2) provides that, "In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement." In this matter, federal subject matter jurisdiction is based on 28 U.S.C. §1332(d), not §1332(a). Nonetheless, for the benefit of the Court and the parties, Defendants provide the disclosures set forth above.

Respectfully submitted,

/s/ Rebekah R. Conroy
Rebekah R. Conroy
Shalom D. Stone
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932

Bryan J. Vogel
ROBINS KAPLAN LLP
1325 Ave. of the Americas, Ste. 2601
New York, NY 10019

*Attorney for Defendants*

January 12, 2026

---

[1] Plaintiff filed the Complaint against "Robins Kaplan, LLP," however, the firm is "Robins Kaplan LLP" and will be referred to as such throughout.

[2] "For purposes of this subsection [§1332(d)] and section 1453, an unincorporated association shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized." 28 U.S.C. §1332(d)(10).